**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SHEILA HAMILTON-BYNUM on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-01190-BJR<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING THE JPML'S RULING ON TRANSFER** |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01190-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00899-BCW   Document 30   Filed 11/17/21   Page 1 of 5

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Sheila Hamilton-Bynum and Defendant T-Mobile USA, Inc. (together, "the Parties"), hereby stipulate to stay all proceedings and deadlines in this action until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407 ("MDL Petition"). *See In re: T-Mobile Customer Data Sec. Breach Litig*, MDL No. 3019 (ECF No. 1). In support of this stipulated motion, the Parties state:

Good cause exists for a brief stay as it will conserve judicial and party resources. In a related case, this Court recently granted T-Mobile's motion to stay proceedings pending the JPML's ruling on the MDL Petition, finding:

> Any delay arising from a stay is likely to be short, and Plaintiffs have not demonstrated that any significant prejudice would result from a short stay. A stay is also likely to conserve judicial resources, as well as the parties' resources, until the JPML decides whether (and if so, where) to transfer the dozens of similar cases for coordinated or consolidated pretrial proceedings.

*Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118-BJR (W.D. Wash. Oct. 29, 2021) (ECF No. 39).[1] The Parties therefore respectfully request that the Court enter a short stay of all proceedings here until the JPML rules on the MDL Petition.

Dated: November 16, 2021

---

[1] *See also Harper v. T-Mobile US, Inc.*, No. 2:21-cv-1169-BJR (W.D. Wash. Nov. 5, 2021) (ECF No. 26) (granting stay over opposition on same grounds); *Simaan v. T-Mobile USA, Inc.*, No. 2:21-cv-1181-BJR (W.D. Wash. Nov. 5, 2021) (ECF No. 21) (same); *Thang v. T-Mobile US, Inc.*, No. 5:21-cv-6473-BLF (N.D. Cal. Oct. 29, 2021) (ECF No. 42) (same).

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01190-BJR) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00899-BCW   Document 30   Filed 11/17/21   Page 2 of 5

| | |
|---|---|
| By: /s/ Steve Y. Koh<br>Steve Y. Koh, WSBA No. 23284<br>Kathleen M. O'Sullivan, WSBA No. 27850<br>Lauren J. Tsuji, WSBA No. 55839<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-Mail: SKoh@perkinscoie.com<br>      KOSullivan@perkinscoie.com<br>      LTsuji@perkinscoie.com<br><br>Kristine McAlister Brown (*pro hac vice*)<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>E-Mail: kristy.brown@alston.com<br><br>*Attorneys for Defendant T-Mobile USA, Inc.* | By: /s/ Anne-Marie E. Sargent<br>Stephen P. Connor, WSBA No. 14305<br>Anne-Marie E. Sargent, WSBA No. 27160<br>Derik Campos, WSBA No. 47374<br>**CONNOR & SARGENT PLLC**<br>921 Hildebrand Lane NE, Suite 240<br>Bainbridge Island, WA 98110<br>Telephone: 206-654-5050<br>steve@cslawfirm.net<br>aes@cslawfirm.net<br>derik@cslawfirm.net<br><br>Gary F. Lynch (*pro hac vice* forthcoming)<br>Nicholas A. Colella (*pro hac vice* forthcoming)<br>**CARLSON LYNCH, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412-322-9243<br>Facsimile: 412-231-0246<br>glynch@carlsonlynch.com<br>ncolella@carlsonlynch.com<br><br>Joseph P. Guglielmo (*pro hac vice* forthcoming)<br>**SCOTT+ SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-223-6334<br>jguglielmo@scott-scott.com<br><br>MaryBeth V. Gibson (*pro hac vice* forthcoming)<br>**THE FINLEY FIRM, P.C.**<br>3535 Piedmont Road<br>Building 14, Suite 230<br>Atlanta, GA 30305<br>Telephone: 404-320-9979<br>Facsimile: 404-320-9978<br>mgibson@thefinleyfirm.com |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01190-BJR) - 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Arthur M. Murray (*pro hac vice* forthcoming)
**MURRAY LAW FIRM**
701 Poydras Street
New Orleans, LA 70139
Telephone: 504-525-8100
amurray@murray-lawfirm.com

Brian C. Gudmundson (*pro hac vice* forthcoming)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile: 612-341-0844
brian.gudmundson@zimmreed.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01190-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00899-BCW    Document 30    Filed 11/17/21    Page 4 of 5

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of November 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01190-BJR) - 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00899-BCW    Document 30    Filed 11/17/21    Page 5 of 5